## McKINNEY v. STATE.
No. 17147.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

L. D. Hartwell, of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for the unlawful transportation of intoxicating liquor; punishment being assessed at two years in the penitentiary.

The indictment correctly charges the offense. The record before this court contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## FANNIN v. STATE.
No. 17206.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

Oscar Callaway, of Comanche, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of kidnapping, and his punishment assessed at confinement in the state penitentiary for a term of five years.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## DAVIS v. STATE.
No. 17143.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

Henry Klepak, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of an aggravated assault, and his punishment assessed at confinement in the county jail for a term of sixty days.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.